UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAHL BRACEY,

                Plaintiff,

-against-

CITY OF NEW YORK ET AL.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2021
```

1:20-cv-06768-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 21, 2021, Plaintiff filed a letter responding to the Court's Order dated December 9, 2020, and expressing a desire to file an amended complaint. [ECF No. 7.] On January 22, 2021, Defendant filed a letter requesting, *inter alia*, that the briefing schedule for Defendants' anticipated Motion to Dismiss be held in abeyance pending the Court's ruling on Plaintiff's letter. [ECF No. 10.]

IT IS HEREBY ORDERED that insofar as leave is required for Plaintiff to file an amended complaint, such leave is GRANTED. Plaintiff shall file the Amended Complaint on or before February 4, 2021. If they wish to move to dismiss the Amended Complaint, Defendants should submit a pre-motion letter, as required by the Court's Individual Rules of Practice ¶ 4.A.i.

IT IS FURTHER ORDERED that the briefing schedule for Defendants' anticipated Motion to Dismiss [*see* ECF Nos. 4, 6] is VACATED.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Dated: January 27, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**