UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/30/2021__
```

JAMAHL BRACEY,

      Plaintiffs,

     -against-

CITY OF NEW YORK, POLICE OFFICER JONATHAN
RUIZ, SERGEANT THOMPSON, and ONE OTHER
UNKNOWN POLICE OFFICER,

      Defendants.

1:20-cv-06768-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

 A review of Court records indicates that the Amended Complaint in this action was filed on February 11, 2021 [ECF Nos. 21–22], and that no proof of service of the summons and Amended Complaint has been filed.  Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

 Plaintiff is directed to serve the summons and Complaint on Defendants on or before September 30, 2021.  If service has not been made on or before September 30, 2021, and if Plaintiff fails to show cause, in writing, why service has not been made, the Amended Complaint will be dismissed for failure to prosecute, pursuant to Federal Rules of Civil Procedure 4 and 41.

**SO ORDERED.**

**Dated: August 30, 2021**
   **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**