**Law Office of Pamela D. Hayes**

200 W 57th Street, Suite 501
New York, NY 10019
(212) 687-8724/ (917) 216-6873

March 15, 2022

**MEMO ENDORSED**

VIA ECF

Honorable Judge Laura Swain
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: Jamahl Bracey Vs. City of New York, et al
1:20-cv-6768**

Dear Judge Swain,

This letter is written on behalf of Jamaal Bracey. Yesterday was the due date for my response to defendants' motion to dismiss.

My response was completed, but I had technical issues uploading the documents and I seek your permission to file answer today.

Sincerely,

*Pamela D. Hayes*
Pamela D. Hayes
Attorney for Plaintiff

---

The foregoing request is granted. Docket entry 44 is resolved.
SO ORDERED.
3/15/2022
/s/ Laura Taylor Swain, Chief USDJ