

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**PETER W. BROCKER**
*Senior Counsel*
*Office: (212) 356-2332*
*Fax: (212) 356-3509*
*Email: pbrocker@law.nyc.gov*

March 22, 2022

**VIA ECF**
Honorable Mary K. Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:  Jamahl Bracey v. City of New York, et al.,
20 Civ. 6768 (MKV)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter. Defendants write to respectfully request a brief one-week extension of time to file their reply memorandum of law in support of their motion to dismiss, from March 28, 2022, to April 4, 2022. This is Defendants first such request, and Plaintiff consents to this motion.

The reason for this request is that, despite defense counsel's diligent efforts, other professional and personal obligations have rendered it impracticable to prepare and submit defendants' reply memorandum of law by the current deadline of March 28, 2022. As a result, defendants now respectfully request that the Court grant them until April 4, 2022, to submit their reply memorandum of law.

Thank you for your consideration of the matters herein.

The foregoing request is granted. The deadline for
Defendants to submit their reply memorandum of law in
support of their motion to dismiss is extended to April 4,
2022. This resolves docket entry no. 48.
SO ORDERED.
3/23/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

*Peter W. Brocker /s//*

Peter W. Brocker, Esq.
*Senior Counsel*

cc:  All counsel of record (via ECF)