UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

JAMAHL BRACEY,

                      Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                      Defendant.

No. 20 Civ. 06768 (LTS)

<u>ORDER OF DISMISSAL</u>

        The Court has issued three Orders (docket entry nos. 4, 40, and 46) directing Plaintiff to show cause why the Court should not issue sanctions for Plaintiff's failure to provide an executed Section 160.50 release, as required under Local Civil Rule 83.10.  The first Order was issued on December 9, 2020, and gave Plaintiff seven (7) days to respond.  Plaintiff did not respond until January 21, 2021, stating, "I will submit the releases pursuant to Section 160.50." (Docket entry no. 7.)  On January 13, 2022, Plaintiff still had failed to provide the required release, leading the Court to issue a second Order, directing Plaintiff to respond by February 14, 2022, explaining why Plaintiff should not be sanctioned for failure to provide an executed Section 160.50 release.  Plaintiff again failed to respond.  On March 15, 2022, the Court issued a third Order, requiring Plaintiff to show cause by written affidavit, within twenty (20) days, why this action should not be dismissed for failure to prosecute.  (Docket entry no. 46.)  In that Order, the Court warned Plaintiff that failure to respond would result in the case being dismissed with prejudice.  Plaintiff has again failed to respond.

        Accordingly, and in light of Plaintiff's repeated failures to reply with Court Orders (<u>see</u> <u>also</u> docket entry no. 33), IT IS HEREBY ORDERED that the above-captioned

action is discontinued for failure to prosecute without costs to any party and dismissed with prejudice.  The Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

Dated: New York, New York
      April 15, 2022

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge